# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ADRIANA PEDROZA**,

              **Plaintiff,**

vs.                                        No. 16-CV-949-SMV

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security Administration,

              **Defendant.**

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Briefs (Doc. # 19), and Defendant having no objection, the Court being fully advised FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **January 27, 2017**, Defendant's Response shall be filed no later than **March 28, 2017**, and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **April 27, 2017**.

IT IS SO ORDERED.

                                                                    The Honorable Stephan M. Vidmar
                                                                    United States Magistrate Judge

SUBMITTED BY:
*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM                            APPROVED BY:
Attorneys for Plaintiff                            *Email approval on 12/27/16*
111 Lomas Blvd. NW, Suite 500
Albuquerque, New Mexico 87102            Chad Troop
Telephone: (505) 883-1260                      Attorney for Defendant