IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ADRIANA PEDROZA,**
    **Plaintiff,**

    **vs.**                                  **CIV NO.   1:16-00949-SMV**

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**[1]
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 5, 2017 to file a response, and Plaintiff shall have until May 19, 2017, to file a reply.

SIGNED __April 6__, 2017.

                                                _____
                                                STEPHAN M. VIDMAR
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 04/05/2017*
DORRELYN DIETRICH
Special Assistant United States Attorney

*Electronically approved 04/03/2017*
GARY J. MARTONE
Attorney for Plaintiff

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.   No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).